### FULLER v ROCK
### FULLER v HOFFMAN

Ohio Supreme Court

Nos 23008 & 23077. Decided March 16, 1932

Marshall, CJ, Jones, Matthias, Allen, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**